PAULINE DeMARTINI, APPELLANT-PETITIONER, v. DE-MARTINI COAL & · LUMBER CO., *ET ALS.*, RESPON-DENTS-RESPONDENTS.

*Mr. Robert Freund* and *Mr. Irwin A. Horowitz* for the petitioner.

*Mr. Warren Dixon, Jr.* for the respondents.

January 29, 1968. Denied.

PHILOMENA BUDD, GENERAL ADMINISTRATRIX, *ETC.*, PLAINTIFF-RESPONDENT, v. ERIE LACKAWANNA RAILROAD CO., DEFENDANT-PETITIONER.

See same case below: 98 *N. J. Super.* 47.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. John I. Lisowski* for the petitioner.

*Mr. Robert H. Wall* and *Mr. Thomas J. Kilcoyne* for the respondent.

January 29, 1968. Denied.

OTIS H. WHARTON, SR., *ET AL.*, PLAINTIFFS-RESPON-DENTS, v. FLOYD KNOX, DEFENDANT-RESPONDENT, AND UNSATISFIED CLAIM AND JUDGMENT FUND BOARD, APPELLANT-PETITIONER.

See same case below: 98 *N. J. Super.* 61.

*Mr. H. Hurlburt Tomlin* for the petitioner.

*Mr. Salvatore J. Avena* for the respondents.

January 29, 1968. Denied.